May 28, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN RE CLIFFORD HALL, Relator

NO. 14-14-00062-CV

————————

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2003-20180**

————————

This court heard this cause after granting and issuing a writ of habeas corpus on January 24, 2014. This court holds that the combined judgment of contempt and order of commitment entered November 18, 2013 in the 310th District Court, Harris County, Texas, in Cause No. 2003-20180, is void, in part. Therefore, this court grants relator's petition for writ of habeas, in part, and accordingly strikes the portion of the trial court's order holding relator in contempt and confining him for 180 days for failing to make the September 1, 2012 child support payment. This court further holds that relator has failed to demonstrate that the trial court's order is void *in toto,* or that relator is entitled to release from the trial court's order of

commitment. Therefore, this court denies relator's petition for writ of habeas corpus, in part.

We further order the clerk of this court to issue an alias capias for the arrest of relator, Clifford Hall, and order that he be remanded to the custody of the Sheriff of Harris County, Texas, to be confined as ordered by the 310th District Court, Harris County, Texas, in Cause No. 2003-20180 pursuant to the order of commitment dated November 18, 2013 by Judge Lisa Millard, as amended by the opinion of this court in this cause.